# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: WEP TEXTILES, INC. | § Case No. 10-22006 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/26/2012 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/20/2011          By:  JOSEPH R. VOILAND
                                              Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WEP TEXTILES, INC.  § Case No. 10-22006
 §
 §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 31,956.48 |
| *and approved disbursements of* | $ 140.56 |
| *leaving a balance on hand of* [1] | $ 31,815.92 |
| **Balance on hand:** | $ 31,815.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 31,815.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 3,945.65 | 0.00 | 3,945.65 |
| Trustee, Expenses - JOSEPH R. VOILAND | 185.70 | 0.00 | 185.70 |
| Attorney for Trustee, Fees - Joseph R. Voiland | 2,124.00 | 0.00 | 2,124.00 |
| Attorney for Trustee, Expenses - Joseph R. Voiland | 25.72 | 0.00 | 25.72 |
| Charges, U.S. Bankruptcy Court | 500.00 | 0.00 | 500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,781.07 |
| Remaining balance: | $ 25,034.85 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $    25,034.85

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $    25,034.85

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 370,344.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Bromley Plastics | 287,284.09 | 0.00 | 19,420.07 |
| 2 | Filter Specialists, Inc. | 9,660.00 | 0.00 | 653.00 |
| 3 | Tidewater Transit Co., Inc. | 3,663.00 | 0.00 | 247.61 |
| 4 | Insite Managed Services, LLC | 10,975.29 | 0.00 | 741.92 |
| 5 | Amesbury Group | 32,225.28 | 0.00 | 2,178.39 |
| 6 | Recycling Solutions | 10,314.48 | 0.00 | 697.25 |
| 7 | Olcott Plastics | 6,792.06 | 0.00 | 459.14 |
| 9 | ABC Polymers, Inc. | 9,430.13 | 0.00 | 637.47 |

Total to be paid for timely general unsecured claims:  $    25,034.85
Remaining balance:  $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-22006-MB
WEP Textiles, Inc.                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: cmendoza1          Page 1 of 3           Date Rcvd: Dec 29, 2011
                             Form ID: pdf006          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2011.
```
db         +WEP Textiles, Inc.,    3620 Swenson Ave.,    Saint Charles, IL 60174-3400
15574368   +ABC Polymers, Inc.,    Attn Doug Raines General Manager,    5682 E. Ponce De Leon Ave.,
             Stone Mountain, GA 30083-1407
15574369   +Alcan Packaging,    8770 W. Bryn Mawr Ave.,    Chicago, IL 60631-3515
15574370   +American Express Plum Card,    POB 0001,    Los Angeles, CA 90096-8000
15574371   +Amesbury Group,   159 Walker Rd.,    Statesville, NC 28625-2535
15574372    Atrium Extrusion Systems,    300 Welcome Center Blvd.,    Welcome, NC 27374
15574373   +Attends Healthcare Products,    1029 Old Creek Rd.,    Greenville, NC 27834-8178
15574374   +Bach Polymers,    9 Business Park Dr.,    Branford, CT 06405-2931
15574375   +Bromley Plastics,    Zane D Smith & Associates LTD,    415 N LaSalle St Ste 300,
             Chicago IL 60654-2741
15574377   +Dispatch Logistics,    100 Illinois St., Ste. 200,    Saint Charles, IL 60174-1867
15574379   +Filter Specialists, Inc.,    100 Anchor Rd.,    Michigan City, IN 46360-2802
15574380   +First Midwest Bank,    24509 W. Lockport St.,    Plainfield, IL 60544-2318
15574381   #+Hughey Brooks,   36W820 Walnut Ridge Lane,    Saint Charles, IL 60174-6913
15574382   +Insite Managed Services, LLC,    4320 Winfield Rd., Ste. 200,    Warrenville, IL 60555-4023
15574383   +Jay K. Levey & Assoc.,    % Filter Specialists, Inc.,    POB 1181,    Evanston, IL 60204-1181
15574384   +Johnson Water Conditioning,    220 W. St. Charles Rd.,    Villa Park, IL 60181-2401
15574385   +Katherine S. Brooks,    355 Brittany Ct., Apt. A,    Geneva, IL 60134-3607
15574386   +Live Do USA,   4925 Livedo Drive,    Wilson, NC 27893-9403
15574387   +Meltblown Technologies, Inc.,    POB 489,    Alpharetta, GA 30009-0489
15574389   ++++NORTH CAROLINA CONVERTING,    1001 BUCKS INDUSTRIAL RD,    STATESVILLE NC  28625-2575
             (address filed with court: North Carolina Converting,    168 Bucks Industrial Dr.,
             Statesville, NC 28625)
15574388   +Nemo Plastics,    4989 Long Island Dr.,    Atlanta, GA 30327-4903
15574390   +Nova Van, Inc.,    1144 E. State St., #130,    Geneva, IL 60134-2405
15574391   +Olcott Plastics,    POB 6042,    Saint Charles, IL 60174-6042
15574393   +Polymer Color Services, Inc.,    POB 890995,    Charlotte, NC 28289-0995
15574394    Recycling Solutions,    POB 46624,    Chicago, IL 60646
15574395   +TDL Plastics,    10201 Spid Suite 104,    Corpus Christi, TX 78418-4400
15574396   +The Materials Group,    575 Byrne Industrial Dr.,    Rockford, MI 49341-1085
15574397   +Tidewater Transit Co., Inc.,    POB 189,    Kinston, NC 28502-0189
15574398   +US Bank Manifest Funds Services,    855 S. Randall Rd.,    Saint Charles, IL 60174-1570
15574399   +Wastestream, Inc.,    306 Market St., SE,    Roanoke, VA 24011-2118
15574400   +William E. Phillips, Inc.,    3620 Swenson Ave.,    Saint Charles, IL 60174-3400
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15574378    Eagle Capital % JRM,    1111 Harvester Rd.,    IL 60125
15574376   ##+Canusa Hershman Recycling,    9 Business Park Dr.,    Branford, CT 06405-2931
15574392   ##+Performance Fabrics & Fibers,    POB 1490,    Andrews, SC 29510-1490
                                                                               TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: cmendoza1              Page 2 of 3                  Date Rcvd: Dec 29, 2011
                               Form ID: pdf006              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2011**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: cmendoza1              Page 3 of 3                   Date Rcvd: Dec 29, 2011
                               Form ID: pdf006              Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2011 at the address(es) listed below:
         Joseph   Voiland    ,   IL43@ecfcbis.com
         Joseph R Voiland    on behalf of Plaintiff Joseph Voiland jrvoiland@sbcglobal.net
         Roy   Safanda, Esq   on behalf of Debtor   WEP Textiles, Inc. rsafanda@xnet.com
                                                                                                                                                TOTAL: 3