# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
WEP TEXTILES, INC.                        §        Case No. 10-22006
                                          §
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| CLERK OF THE BANKRUPTCY COURT, ND, | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | ABC POLYMERS, INC. | | | | | |
| 5 | AMESBURY GROUP | | | | | |
| 8 | BROMLEY PLASTICS | | | | | |
| 1 -2 | BROMLEY PLASTICS | | | | | |
| 1 | BROMLEY PLASTICS | | | | | |
| 2 | FILTER SPECIALISTS, INC. | | | | | |
| 4 | INSITE MANAGED SERVICES, LLC | | | | | |
| 7 | OLCOTT PLASTICS | | | | | |
| 6 | RECYCLING SOLUTIONS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | TIDEWATER TRANSIT CO., INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      1

Exhibit 8

| Case No: | 10-22006 | RG | Judge: MANUEL BARBOSA | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|---|

Case Name:     WEP TEXTILES, INC.

Date Filed (f) or Converted (c):    05/14/10 (f)

341(a) Meeting Date:    06/15/10

For Period Ending:  07/03/12

Claims Bar Date:    01/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. accounts receivable | 54,197.43 | 54,197.43 | | 27,632.11 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. certificate of deposit proceeds (u) | Unknown | Unknown | | 4,322.67 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.43 | Unknown |

|  |  |  |  | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $54,197.43 | $54,197.43 | | $31,957.21 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 11/15/11        Current Projected Date of Final Report (TFR): 11/15/11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-22006  -RG | |
| Case Name: | WEP TEXTILES, INC. | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******1765  Money Market Account | |

Taxpayer ID No: *******5407
For Period Ending: 07/03/12

Blanket Bond (per case limit):    $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/10 | 2 | First Midwest Bank | balance of proceeds from cert of deposit | 1229-000 | 4,322.67 | | 4,322.67 |
| | | | DEPOSIT CHECK #100168365 | | | | |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 4,322.68 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,322.71 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,322.74 |
| 12/09/10 | 1 | WMC, LLC | payment of account receivable | 1121-000 | 7,034.88 | | 11,357.62 |
| | | | DEPOSIT CHECK #4921 | | | | |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 11,357.69 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,357.78 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 11,357.86 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 11,357.95 |
| 04/06/11 | 1 | North American Recycling LLC | account recievable payment | 1121-000 | 8,625.49 | | 19,983.44 |
| | | | DEPOSIT CHECK #1640 | | | | |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 19,983.58 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,983.74 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,983.90 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,984.06 |
| 08/02/11 | 1 | Composite Technologies | payment of acct. rec. | 1121-000 | 4,471.74 | | 24,455.80 |
| | | | DEPOSIT CHECK #57160 | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.20 | | 24,456.00 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.81 | 24,401.19 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -29.81 | 24,431.00 |
| 09/22/11 | 1 | sparta polymers | settlement proceeds/acct. rec. | 1121-000 | 7,500.00 | | 31,931.00 |
| | | | DEPOSIT CHECK #3747 | | | | |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 31,931.21 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.24 | 31,878.97 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 31,879.24 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.32 | 31,815.92 |

Page Subtotals        31,956.48        140.56

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

Case No:      10-22006  -RG

Case Name:    WEP TEXTILES, INC.

Taxpayer ID No:  *******5407

For Period Ending:  07/03/12

Trustee Name:        JOSEPH R. VOILAND

Bank Name:           The Bank of New York Mellon

Account Number / CD #:   *******1765  Money Market Account

Blanket Bond (per case limit):   $ 50,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 31,816.18 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 31,816.45 |
| 01/23/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 31,816.65 |
| 01/23/12 | | Transfer to Acct #*******1766 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 31,816.64 | 0.01 |
| 01/24/12 | | The Bank of New York Mellon | | 9999-000 | | 0.01 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 31,957.21 | 31,957.21 | | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 31,816.64 | | |
| | Subtotal | | 31,957.21 | 140.57 | | |
| | Less:  Payments to Debtors | | | 0.00 | | |
| | Net | | 31,957.21 | 140.57 | | |

Page Subtotals              0.73          31,816.65

Ver: 16.05c

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-22006  -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | WEP TEXTILES, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******1766  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5407 | | |
| For Period Ending: | 07/03/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/23/12 | | Transfer from Acct #*******1765 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 31,816.64 | | 31,816.64 |
| 01/23/12 | 000101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $3,945.65, Trustee Compensation; Reference: | 2100-000 | | 3,945.65 | 27,870.99 |
| 01/23/12 | 000102 | Joseph R. Voiland | Dividend paid 100.00% on $2,124.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,124.00 | 25,746.99 |
| 01/23/12 | 000103 | Joseph R. Voiland | Dividend paid 100.00% on $25.72, Attorney for Trustee  Expenses(Trustee Firm); Reference: | 3120-000 | | 25.72 | 25,721.27 |
| 01/23/12 | 000104 | Clerk of the Bankruptcy Court, ND, IL | Dividend paid 100.00% on $500.00 Clerk of the Bankruptcy Court Costs (includes avdersary and other filing fees); Reference: | 2700-000 | | 500.00 | 25,221.27 |
| 01/23/12 | 000105 | JOSEPH R. VOILAND | Dividend paid 100.00% on $185.70 Trustee Expenses; Reference: | 2200-000 | | 185.70 | 25,035.57 |
| 01/23/12 | 000106 | Bromley Plastics | Dividend paid  6.76% on $287,284.09; Claim# 1-2; Final distribution | 7100-000 | | 19,420.64 | 5,614.93 |
| 01/23/12 | 000107 | Filter Specialists, Inc. | Dividend paid 6.76% on $9,660.00; Claim# 2; Final distribution | 7100-000 | | 653.02 | 4,961.91 |
| 01/23/12 | 000108 | Tidewater Transit Co., Inc. | Dividend paid  6.76% on $3,663.00; Claim# 3;  Final distribution | 7100-000 | | 247.62 | 4,714.29 |
| 01/23/12 | 000109 | Insite Managed Services, LLC | Dividend paid  6.76% on $10,975.29; Claim# 4; Final distribution | 7100-000 | | 741.94 | 3,972.35 |
| 01/23/12 | 000110 | Amesbury Group | Dividend paid 6.76% on $32,225.28; Claim#5; Final distribution | 7100-000 | | 2,178.45 | 1,793.90 |
| 01/23/12 | 000111 | Recycling Solutions | Dividend paid  6.76% on $10,314.48; Claim# 6, Final distribution | 7100-000 | | 697.27 | 1,096.63 |
| 01/23/12 | 000112 | Olcott Plastics | Dividend paid 6.76%  on %6,792.06; Claim# 7, Final distribution | 7100-000 | | 459.15 | 637.48 |

Page Subtotals          31,816.64          31,179.16

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-22006 -RG |
| Case Name: | WEP TEXTILES, INC. |
| Taxpayer ID No: | *******5407 |
| For Period Ending: | 07/03/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******1766  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/23/12 | 000113 | ABC Polymers, Inc. | Dividend paid 6.76% on $9430.13; Claim#9, Final distribution | 7100-000 | | 637.48 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 31,816.64 | 31,816.64 | 0.00 |
| Less:  Bank Transfers/CD's | 31,816.64 | 0.00 | |
| Subtotal | 0.00 | 31,816.64 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 31,816.64 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 637.48 |

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 10-22006 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | WEP TEXTILES, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4638  Checking Account |
| Taxpayer ID No: | *******5407 | | |
| For Period Ending: | 07/03/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********1765 | 31,957.21 | 140.57 | 0.00 |
| Checking Account (Non-Interest Earn - ********1766 | 0.00 | 31,816.64 | 0.00 |
| Checking Account - ********4638 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 31,957.21 | 31,957.21 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*